# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gould, Ronald M. | U.S. Ct. of Appeals, 9th Cir. | 05/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| William K. Nakamura U.S. Courthouse 1010 Fifth Avenue, Suite 940 Seattle, Washington 98104-1130 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. Board | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 10: 57 FINANCIAL DISCLOSURE OFFICE

Gould_Ronald_M

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Vanguard Long-Term Bond Index Fund | A | Int./Div. | K | T | | | | | |
| 3. Vanguard Intermediate Term Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 4. Vanguard GNMA Fund | A | Int./Div. | J | T | | | | | |
| 5. Johnson Controls Inc., common stock | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank Acct. | A | Interest | J | T | | | | | |
| 7. Perkins Building Partnership | A | Distribution | | | | | | | |
| 8. Vanguard/IRA Acct. for Ronald M. Gould | | | | | | | | | |
| 9. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 10. Vanguard Primecap Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 05/02 | K | | |
| 11. Vanguard Primecap Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 10/15 | K | | |
| 12. Vanguard Short-Term Bond Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 13. Vanguard Short-Term Investment-Grade Fund Admiral Shares | D | Dividend | M | T | Buy (add'l) | 10/15 | K | | |
| 14. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | N | T | Sold (part) | 05/02 | K | | |
| 15. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | N | T | Sold (part) | 10/15 | K | | |
| 16. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | N | T | Sold (part) | 10/15 | K | | |
| 17. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | N | T | Sold (part) | 10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard High-Yield Corporate Fund Admiral Shares | D | Dividend | M | T | Buy (add'l) | 10/15 | K | | |
| 19. GNMA Fund Investor Shares | C | Dividend | | | Buy (add'l) | 10/15 | K | | |
| 20. GNMA Fund Investor Shares | C | Dividend | | | Sold | 11/18 | M | | |
| 21. GNMA Fund Admiral Shares | C | Dividend | M | T | Buy | 11/18 | M | | |
| 22. Intermediate-Term Invest-Gr Investor Shares | C | Dividend | L | T | | | | | |
| 23. Long-Term Invest-Gr Admiral Shares | D | Dividend | M | T | Buy (add'l) | 10/15 | K | | |
| 24. Developed Markets Index Fund | B | Dividend | K | T | | | | | |
| 25. Emerging Markets Stock Index Fund Admiral Shares | C | Dividend | L | T | | | | | |
| 26. European Stock Index Fund Investor Shares | B | Dividend | K | T | | | | | |
| 27. Global Equity Fund | B | Dividend | K | T | | | | | |
| 28. International Growth Fund Investor Shares | C | Dividend | K | T | | | | | |
| 29. Pacific Stock Index Fund Investor Shares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Please note that the entries on Part VII, lines 1 and 8 are for names of accounts, in the nature of a heading for the assets that follow that are within this account. These lines 1 and 8 are not designating assets. Each asset in the account designated in lines 1 and 8 is listed separately in Part VII.

Regarding Part VII, line 7, although my interest in Perkins Building Partnership was sold in full in September 2006, as reported in prior reports, during 2008 I received an additional distribution of $511, which reflected return of a share of an escrow reserve deposit containing part of sales proceeds held in the event of claims. No claims were made against the holdback and so this distribution was given to me from the escrow account. I have no continuing interest in the partnership, so have listed the income but no value at year end.

On Part VII, line 9, I list Vanguard Prime Money Market Fund with the required data on dividend and year-end value. By inadvertence, this money market fund was not listed in my 2007 report. This will advise that the income for the year 2007 was B, the type was dividend, the value at year-end was J, and it was computed on a cash basis T.

On Part VII, I have transactions at lines 11 and 18 where I made a partial sale of Vanguard Primecap Fund to exchange for a bond fund, Vanguard High-Yield Corporate Fund.

On Part VII, I have transactions at lines 13, 15, 16, 17, 19, and 23 where I made partial sales of Vanguard Capital Opportunity Fund to exchange for bond funds: Vanguard Short-Term Investment-Grade Fund Admiral Shares, Long Term Investment Grade Fund Admiral Shares, and GNMA Fund Investor Shares.

On Part VII, transaction entries at lines 20 and 21 show a sale of GNMA Investor Shares and a buy of GNMA Admiral Shares, reflecting an automatic conversion of these shares whereby Vanguard Investor Shares of the specified fund become Admiral Shares of the same fund, which occurs when values reach a certain level.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544